**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TV TOKYO CORPORATION,

        Plaintiff,

v.

ANIME JACKET, et al.,

        Defendants.

Civil Action No. 26-cv-4290

**DECLARATION OF SHENGMAO MU**

I, Shengmao Mu, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiff TV TOKYO CORPORATION ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On May 29, 2026, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. ECF No. 17.

3. On June 18, 2026, third parties providing services for Defendants complied with the TRO and provided email address information for all Defendants with the exception of two Temu Defendants (DOEs 50 and 70).

1

4.    I hereby certify that on June 18, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders and scheduling orders, and all other documents on a website.

5.    I hereby certify that on June 18, 2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants, notifying the Defendants of the hearing on Plaintiff's request for preliminary injunction scheduled for June 25, 2026 at 10:45 A.M via teleconference.

6.    I hereby certify that on June 18, 2026, I or somebody under my direction served DOEs 50 and 70 via Financial Institution with the same materials sent via email described in the previous paragraph, notifying the Defendants of the hearing on Plaintiff's request for preliminary injunction scheduled for June 25, 2026 at 10:45 A.M via teleconference. Service on Financial Institutions is authorized under Paragraph 5 of the TRO in the situation where the Financial Institutions are unable to provide e-mail addresses for certain Defendants, which is the case here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2026                         Respectfully submitted,

_/s/ Shengmao Mu_
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

_Counsel for Plaintiff_

2