UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

                          Plaintiff,

            -v.-

SCHEDULE A DEFENDANTS ,

                          Defendants.

26 Civ. 4290 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the June 25, 2026 hearing, the temporary restraints imposed on May 29, 2026, *see* ECF No. 17, are extended, on consent, with respect to Defendant Wayne EStore through **July 23, 2026**.  As discussed, Defendant Wayne EStore shall file any opposition to Plaintiff's motion for a preliminary injunction by **July 9, 2026**, and Plaintiff shall file any reply by **July 16, 2026**.

SO ORDERED.

Dated:  June 26, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge