

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

July 24, 2026

Hon. Jennifer H. Rearden
Courtroom 12B
United States Courthouse
500 Pearl Street
New York, New York, 10007

## SECOND LETTER UPDATE ON STATUS OF SERVICE

Re:    *TV Tokyo Corp. v. Anime Jacket, et al.,* Case No. 1:26-cv-4290. Case No. 1:26-cv-4290

Dear Judge Rearden,

I am counsel for Plaintiff TV Tokyo Corp. in this matter. Plaintiff respectfully submits this letter updating the Court on the status of service.

Plaintiff respectfully explains to the Court that at the time of the TRO application, the address information available for Defendants was primarily in English, as shown in Exhibit 1, Dkt 15. Accordingly, Plaintiff utilized the best available tools at that time-including Baidu Maps and Google Maps-to verify Defendants' addresses. With discovery responses now received from third-party platforms including PayPal, Amazon, Temu, and Walmart, Plaintiff is able to conduct additional investigations using more sophisticated methods to further verify Defendants' addresses. Third party platform Temu has not yet provided address information for Defendants, and has only provided email address information for each Defendant on Schedule A. Plaintiff is evaluating further steps to obtain more complete discovery responses from Temu.

Plaintiff has taken the following steps to obtain and verify Defendants' address information.

1. Plaintiff sent discovery requests to Defendants specifically asking for address information to effectuate service. Plaintiff also communicated with Defendants regarding potential resolution of the disputes. Several Defendants responded to Plaintiff and are in the process of reaching a settlement.

2. For the remaining Defendants who have not responded to Plaintiff's discovery request, Plaintiff's investigators in China have taken additional more sophisticated steps to further verify Defendants' address information, based on information disclosed by third party platforms and service providers where Defendants operate their stores or domains, including PayPal, registrar records, account records, CSV account records, Amazon, Walmart, Temu, and any other registrar productions.

3. Plaintiff's investigators in China are using two additional Chinese search engines including QiChaCha (qcc.com) and the National Enterprise Credit Information Publicity System (https://www.gsxt.gov.cn/index.html) to investigate Defendants' addresses and contact information disclosed by the platforms and service providers where Defendants operate. QiChaCha is a widely recognized enterprise information

1



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

database in China that was designated as a National Big Data Industry Development Pilot Demonstration Project. As of March 2025, QiChaCha had amassed over 100 million registered users, covering more than 580 million business entities domestically and internationally. The National Enterprise Credit Information Publicity System (commonly abbreviated as NECIPS, or GSXT in Chinese) is the official, government-authorized database for verifying corporate identity, registration details, and regulatory compliance of all business entities incorporated in mainland China. It is managed by the State Administration for Market Regulation (SAMR).

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 1 | Anime Jacket | 涞寅路1200弄66号502室, 上海市松江区, 上海 201600, China; 定西路739号明旺大厦, 长宁区, 上海 200052, China;<br>Not responded to discovery requests |
| 2 | fomostore | Room 509, 5/F, The Cloud, Tai Kok Tsui, Kowloon, Hong Kong;<br>Not responded to discovery requests |
| 3 | Gcosplay | 杜集区高岳镇韩楼行政村杨洼12号, 淮北市, 安徽 235000, China;<br>Active communication |
| 4 | Go2Cosplay | HuangMaHuaYuan 56#, East LinQuan Road, YaoHaiQu, Hefei, Anhui 230011, China; 江干区九堡家苑3区, Hangzhou, Zhejiang 310000, China;<br>Not responded to discovery requests |
| 5 | Manga Hikari Shop | RM 509, 5/F THE CLOUD, TAI KOK TSUI, KOWLOON, null, HK;<br>Not responded to discovery requests |
| 6 | DISMISSED | DISMISSED |
| 7 | oenart | 3 COMP NAKHIL GOLDEN 2, 90000, Hong Kong;<br>Not responded to discovery requests |
| 8 | POMEL | No address provided by platform |
| 9 | WeebWorld | Residential addresses provided by PayPal: 817 West 30th Street, Los Angeles, CA 90007, United States; 3102 South Hoover Street, Los Angeles, CA 90007, United States<br><br>Neither Defendant's website nor a cursory search reveals any business being operated at the above addresses. Shipping information on weebworld.com states that orders are shipped from the UK and China |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 10 | xsekai | Residential address provided by PayPal: 9500 W Maule Ave, Las Vegas, NV 89148, United States<br><br>Neither Defendant's website nor a cursory search reveals any business being operated at the above address. Shipping information on xsekai.com states that orders are shipped from a warehouse in China.<br><br>Better Business Bureau lists this seller at an unknown location.<br><br>Not responded to discovery requests |
| 11 | 1791's lady | 佛山市禅城区石湾镇街道忠信路70号首层自编05号铺, 佛山市, 广东 528000, China;<br>Active discussion with Defendant's U.S. based Counsel |
| 12 | AwwwCos | Settlement reached |
| 13 | chenkailiang SS | 螺岗镇大塘村委会蚌下村, 广宁县, 广东省 526336, China;<br>Active settlement communication |
| 14 | CosInstyle | Room 1605F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong 999077;<br>Not responded to discovery requests |
| 15 | CUTEMUFFIN | Settlement reached |
| 16 | Draginn | No. 2-1-0071 Xilingyi Road, Yichang City, Hubei 443000, China;<br>Active discussion with Defendant's U.S. based Counsel |
| 17 | EAYRDIO | Settlement reached |
| 18 | ganzhouandingjianzhugongchengyouxiangongsi | 欣山镇泉山路9号, 安远县, 赣州市, 江西 342100, China; 青马路153号, 厦门市, 福建 361000, China; 欣山镇财富广场A3-4, 安远县, 赣州市, 江西 342100, China;<br>Active settlement communication |
| 19 | DISMISSED | DISMISSED |
| 20 | graduathe62 | Settlement reached |
| 21 | liangzhiyangcostume | 江苏省南通市通州区金新街道新世纪大道998号江海圆梦谷3楼, 南通市, 通州区 226399, China;<br>Active settlement communication |
| 22 | Manning US Store | Settlement reached |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 23 | maweidamaijia | Settlement reached |
| 24 | niuyahui53 | Settlement reached |
| 25 | nuanshamian | 新世纪大道266号江海智汇园A2楼4035, 高新技术产业开发区, 南通, 江苏省 226300, China; <br> Active settlement communication |
| 26 | Pain | 高家镇八面山居委会洪冲村, 乐平市, 景德镇市, 江西省 333322, China; Unit 3, Building 57, West District Qingkou, Yiwu, Zhejiang 322000, China; <br> Active settlement communication |
| 27 | puchengweihaiwuliuyouxiangongsi | 蒲城县东杨乡黄家村四组102号, 渭南市, 陕西 715500, China; <br> Active settlement communication |
| 28 | DISMISSED | DISMISSED |
| 29 | Qi Chen huiqihushangmao | 渤海五路橄榄御园2号楼3单元602, 滨城区, 滨州市, 山东 256600, China; <br> Active settlement communication |
| 30 | Queen A's Castle | 17A02, Building 12, Zhongheng Park, Taihe Town, Qingyuan City, Guangdong 511800, China; 南沙区丰泽东路106号, 广州市, 广东省 511458, China; <br> Active settlement communication |
| 31 | Saniplaycos | Room 906, Unit 1, Wenhuashangye Tower, No. 103 Xunyang Road, Jiujiang, Jiangxi 332800, China; Room 12032, 12th Floor, Unit C1, Liansheng Shili Laojie, Shili Dadao, Lianxi District, Jiujiang, Jiangxi 332800, China; <br> Active settlement communication |
| 32 | SFWXCOS | No. 49, Chuangye Base of WH RJGC College, No. 117 Guanggu Road, East Lake Hi-Tech Development Zone, Wuhan, Hubei 430205, China; <br> Active discussion with Defendant's U.S. based Counsel |
| 33 | shanxiwuxinhuishiyeyouxiangongsi | 昝村镇薛村七组, 韩城市, 渭南市, 陕西 715400, China; <br> Not responded to discovery requests |
| 34 | shen8668880 | 江苏省南通市崇川区任港街道钟秀西路69号宏景大厦106室, 崇川区, 南通市, 江苏省 226001, China; <br> Not responded to discovery requests |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 35 | suixixianchengrrunshangmaoy | 濉溪县韩村镇矿西路, 淮北市, 安徽 235000, China;<br>Not responded to discovery requests |
| 36 | WANHONGYUE MALL | Settlement reached |
| 37 | DISMISSED | DISMISSED |
| 38 | Weixu | Settlement reached |
| 39 | Yooozy | 广东省中山市坦洲镇美丽花园50栋501, 中山, 广东 528467, China;<br>万紫山社区B2栋2-7, 渝中区, 重庆 400000, China;<br>Not responded to discovery requests |
| 40 | yunchengshifenglingdukaifaqupanfengqichefuwuyouxiangongsi | 运城风陵渡开发区古渡路东中段（粮食储备库对面）, 运城市, 山西 044602, China;<br>Not responded to discovery requests |
| 41 | zhangjianbo77 | chengqiaozhenxiushanlu8hao3zhuangsancengRqu382shi, shanghaishichongminggongyeyuanqu, Shanghai, Chongming 202150, China;<br>Not responded to discovery requests |
| 42 | dingcai Clothing stores | No address provided by platform;<br>Not responded to discovery requests |
| 43 | DINHOM | guangzhoushitianhequhuaguanlu1933haozhier204fangD207, Guangzhou, Guangdong 510000, China;<br>Not responded to discovery requests |
| 44 | flowereyes | Settlement reached |
| 45 | Home Trading Company | No address provided by platform;<br>Not responded to discovery requests |
| 46 | Hutigo | No address provided by platform;<br>Not responded to discovery requests |
| 47 | jianlishisuiyumao | No address provided by platform;<br>Not responded to discovery requests |
| 48 | NYSEKAI | No address provided by platform;<br>Not responded to discovery requests |
| 49 | zeyang sun Shop | No address provided by platform;<br>Not responded to discovery requests |
| 50 | A Sincere Decorative painting | No address provided by platform;<br>Not responded to discovery requests |
| 51 | AALCLC | No address provided by platform;<br>Not responded to discovery requests |
| 52 | ALA Three Home | No address provided by platform;<br>Not responded to discovery requests |
| 53 | Blanket Box | No address provided by platform;<br>Not responded to discovery requests |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 54 | Blanketly BK | No address provided by platform; Not responded to discovery requests |
| 55 | Breeze Case | No address provided by platform; Not responded to discovery requests |
| 56 | Calvin maple car products | No address provided by platform; Not responded to discovery requests |
| 57 | CaseCrafter | No address provided by platform; Not responded to discovery requests |
| 58 | Cichon | No address provided by platform; Not responded to discovery requests |
| 59 | Cool Case D | No address provided by platform; Not responded to discovery requests |
| 60 | CosmoDeals | No address provided by platform; Not responded to discovery requests |
| 61 | Creative personalized car stickers | No address provided by platform; Not responded to discovery requests |
| 62 | DEYGUOS BKBK | No address provided by platform; Not responded to discovery requests |
| 63 | DREAM MY DIGITAl | No address provided by platform; Not responded to discovery requests |
| 64 | Dream Source Art | No address provided by platform; Not responded to discovery requests |
| 65 | Fashion Vibe CC | No address provided by platform; Not responded to discovery requests |
| 66 | Four Leaf Clover Phone Case | No address provided by platform; Not responded to discovery requests |
| 67 | FrameVibe Art | No address provided by platform; Not responded to discovery requests |
| 68 | Free creativity and you | No address provided by platform; Not responded to discovery requests |
| 69 | GRUKOPLI | No address provided by platform; Not responded to discovery requests |
| 70 | Happy Home DIY | No address provided by platform; Not responded to discovery requests |
| 71 | HMLJPX | No address provided by platform; Not responded to discovery requests |
| 72 | Home Supplies Collection | No address provided by platform; Not responded to discovery requests |
| 73 | Indoor tabletop decoration C | No address provided by platform; Not responded to discovery requests |
| 74 | iSgil | No address provided by platform; Not responded to discovery requests |
| 75 | Koi stars | No address provided by platform; Not responded to discovery requests |
| 76 | LenePlush BKK | No address provided by platform; Not responded to discovery requests |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 77 | lilishoujike | No address provided by platform; Not responded to discovery requests |
| 78 | LIMEINEW | No address provided by platform; Not responded to discovery requests |
| 79 | Linyfushi | No address provided by platform; Not responded to discovery requests |
| 80 | LLjunbc | Settlement reached |
| 81 | LZR POP ST | No address provided by platform; Not responded to discovery requests |
| 82 | Mature ZZZ | No address provided by platform; Not responded to discovery requests |
| 83 | MCH Art decorative paintings | No address provided by platform; Not responded to discovery requests |
| 84 | Podoru | No address provided by platform; Not responded to discovery requests |
| 85 | PPyao | No address provided by platform; Not responded to discovery requests |
| 86 | SDFLKJHD | No address provided by platform; Not responded to discovery requests |
| 87 | Shook Art Studio | No address provided by platform; Not responded to discovery requests |
| 88 | Shop RichGuard Cases | No address provided by platform; Not responded to discovery requests |
| 89 | SoftLoom Goods | No address provided by platform; Not responded to discovery requests |
| 90 | SteadyGo | No address provided by platform; Not responded to discovery requests |
| 91 | Temporal Canvas Painting | No address provided by platform; Not responded to discovery requests |
| 92 | The Funny Mug | No address provided by platform; Not responded to discovery requests |
| 93 | The World of Blankets | No address provided by platform; Not responded to discovery requests |
| 94 | TNPUZZLL | No address provided by platform; Not responded to discovery requests |
| 95 | Wanwo | No address provided by platform; Not responded to discovery requests |
| 96 | Warmo cup | No address provided by platform; Not responded to discovery requests |
| 97 | YRJmaotang | No address provided by platform; Not responded to discovery requests |
| 98 | YZJ BF | No address provided by platform; Not responded to discovery requests |
| 99 | Zest Fit | No address provided by platform; Not responded to discovery requests |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

Plaintiff is working diligently to translate the addresses for Defendants into English and verify if any of the above-referenced addresses are verifiable business addresses for Defendants. Plaintiff has also contacted process servers specialized in Hague Service Convention in China and was informed that the current timeframe to serve China-based Defendants is at least 10 to 16 months. Plaintiff will take additional steps to dispatch investigators locally to further verify the address information for Defendants that appear to have potentially servable addresses and serve these Defendants via the Hague Service Convention. For Defendants identified as entities outside of China, Plaintiff is investigating the appropriate service mechanisms under the applicable international conventions or local law of those jurisdictions. For Defendants whose addresses Plaintiff has been unable to locate despite exhaustive efforts-including investigation through multiple third-party platforms, Chinese enterprise databases, and deployment of local investigators-Plaintiff intends to seek leave of Court to effect alternative service pursuant to Fed. R. Civ. P. 4(f)(3).

Dated: July 24, 2026                            Respectfully submitted,

                                                */s/ Shengmao Mu*
                                                Shengmao Mu
                                                NY No. 5707021
                                                **WHITEWOOD LAW PLLC**
                                                57 West 57th Street, 3rd and 4th Floors
                                                New York, NY, 10019
                                                Telephone: (917) 858-8018
                                                Email: smu@whitewoodlaw.com

                                                *Counsel for Plaintiff*